IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60750
Summary Calendar
_____


YVONNE L. BERRY,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:97-CV-90-BrS
--------------------

September 16, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

     Yvonne Berry appeals the district court's judgment which
dismissed her complaint seeking review of the Social Security
Commissioner's denial of disability insurance benefits and
supplemental security income.  Berry first argues that the
Commissioner committed an "error of law" in concluding that her
impairments were not severe.  Specifically, she contends that the
Commissioner erred in deciding her case at the second step of the
five-step sequential analysis because there is evidence in the

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

record indicating that she arguably meets or equals the obesity listing at § 9.09A of 20 C.F.R. pt. 404, subpt. P, app. 1, which would be sufficient to warrant a finding of "disabled" at the third step of the five-step analysis. Berry, however, did not raise this issue before the district court. Accordingly, the issue is waived. See Chaparro v. Bowen, 815 F.2d 1008, 1011 (5th Cir. 1987).

Berry also contends that the Commissioner's determination that her impairments were not "severe" is not supported by substantial evidence. After reviewing the record and the briefs of the parties, we conclude that the Commissioner's decision is supported by substantial evidence and based on the proper legal standards. See Ripley v. Chater, 67 F.3d 552, 555 (5th Cir. 1995). Accordingly, the district court's judgment is AFFIRMED.